No. 90–1442. BUSH ET UX. *v.* WATER POLLUTION CONTROL AUTHORITY FOR THE TOWN OF WATERFORD. C. A. 2d Cir. Certiorari denied.

No. 90–1443. SAVAGE *v.* TRAMMELL CROW CO., INC., ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–1449. HARRINGTON *v.* AETNA-BEARING CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–1480. SCHULTZ *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 90–1519. CAMOSCIO *v.* HODDER ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 90–6417. NOONE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–6538. JIMISON *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 90–6738. MITCHELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6943. PATTERSON *v.* INTERCOAST MANAGEMENT OF HARTFORD, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–6989. MOORE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7030. PRICE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7040. GATES *v.* WARDEN AT SAN QUENTIN. C. A. 9th Cir. Certiorari denied.

No. 90–7042. SMART *v.* LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–7197. MONTGOMERY *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.